IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-292-FL

| | |
|---|---|
| MARY BETH T. LLOYD, )<br>)<br>Plaintiff/Claimant, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | ORDER |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr., regarding plaintiff's motion for judgment on the pleadings and defendant's motion to remand. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

The court hereby ADOPTS the recommendation of the magistrate judge as its own (DE #23), and, for the reasons stated therein, plaintiff's motion for judgment on the pleadings is DENIED as moot (DE# 15), defendant's motion to remand is GRANTED (DE # 17), and this matter is REMANDED to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for rehearing and further proceedings consistent with the M&R. The clerk of court is directed to close the case.

SO ORDERED, this the 14th day of July, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge