UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARY BETH T. LLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:09-CV-292-FL |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the plaintiff's motion for judgment on the pleadings, defendant's motion to remand, and the memorandum and recommendation entered by the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 14, 2010, that plaintiff's motion for judgment on the pleadings is denied as moot. Defendant's motion to remand is granted and this matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for rehearing and further proceedings consistent with the memorandum and recommendation.

**This Judgment Filed and Entered on July 15, 2010, and Copies To:**

Cynthia M. Currin (via CM/ECF Notice of Electronic Filing)
Lori A. Dutra (via CM/ECF Notice of Electronic Filing)
Eskunder R.T. Boyd (via CM/ECF Notice of Electronic Filing)
Marian A. Harder (via CM/ECF Notice of Electronic Filing)


July 15, 2010                    DENNIS P. IAVARONE, CLERK
                                  /s/ Christa N. Baker
                                 (By) Christa N. Baker, Deputy Clerk