UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARY BETH T. LLOYD, )
)
Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:09-CV-292-FL
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's application for attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 6, 2010, that plaintiff is entitled to attorney's fees under the Equal Access to Justice Act and is specifically awarded $8,647.47, which includes expenses for attorney time in 2009 and 2010, legal assistant time, and the expense of litigation.

**This Judgment Filed and Entered on October 13, 2010, and Copies To:**

Cynthia M. Currin (via CM/ECF Notice of Electronic Filing)
Lori A. Dutra (via CM/ECF Notice of Electronic Filing)
Eskunder R.T. Boyd (via CM/ECF Notice of Electronic Filing)
Marian A. Harder (via CM/ECF Notice of Electronic Filing)


October 13, 2010    DENNIS P. IAVARONE, CLERK
                      /s/ Christa N. Baker
                    (By) Christa N. Baker, Deputy Clerk